**24-41150**

## CREDITORS LIST

| Creditor | Claimed Debt |
|---|---|
| Margot Schwartz<br>800 W Laramie Lane<br>Milwaukee, WI 53217 | Not Set |
| Schwartz Foundation<br>7960 Soquel Drive, No. 291<br>Aptos, CA 95003 | Not Set |
| Noah Schwartz<br>(Address Unknown) | |

FILED
AUG 02 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA