Paul David Schwartz
7960 Soquel Drive, No. 291
Aptos, CA 95003
(831) 331-9909 - Fax:(815) 301-6556
Email: hicoachdon@gmail.com

Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In Re:

**PAUL DAVID SCHWARTZ**

Debtor-in-Possession.

Chapter 13
Case No. 24-41150

**REQUEST FOR PERMISSION FOR ECF FILING; DECLARATION OF PAUL DAVID SCHWARTZ**

I, Paul David Schwartz, (debtor) declare as follows:

1. I am the debtor herein.

2. I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, to be true.

3. I am requesting permission for efiling in this action. I am a career software programmer and can be trained for efiling and am the debtor herein.

I declare under penalty of perjury under the laws of the State of California that

the foregoing is true and correct and this Declaration was executed on August 2, 2024, at Alameda County, CA.

Paul David Schwartz

**CERTIFICATE OF SERVICE**