# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 8/5/2024 |
| Case: 24–41150 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
tr    Martha G. Bronitsky    13trustee@oak13.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Paul David Schwartz    14665 Washington Ave.    No. 30    San Leandro, CA 94578

    TOTAL: 1