# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 8/5/2024 |
| Case: 24–41150 | Form ID: NOFI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Martha G. Bronitsky      13trustee@oak13.com

                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Paul David Schwartz      14665 Washington Ave.      No. 30      San Leandro, CA 94578

                                               TOTAL: 1