# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: admin | | Date Created: 8/5/2024 |
| Case: 24–41150 | Form ID: 309I | | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Paul David Schwartz | 14665 Washington Ave. | No. 30 | San Leandro, CA 94578 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15650204 | Margot Schwartz | 800 W Laramie Lane | Milwaukee, WI 53217 | |
| 15650206 | Noah Schwartz | (Address Unknown) | | |
| 15650205 | Schwartz Foundation | 7960 Soquel Drive, No. 291 | Aptos, CA 95003 | |

TOTAL: 10