**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: | Case No.: 24–41150 CN 13 |
| Paul David Schwartz | Chapter: 13 |
| Debtor(s) | |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 08/05/2024. Therefore, it is ordered that this case be **dismissed**.

☐ Order to File Required Documents and Notice of Automatic Dismissal
☐ Order and Notice Regarding Failure to Pay Filing Fee
☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☐ Order Granting the Application to Pay Filing Fee in Installments
☑ Other: Amended Order to File Required Documents and Notice of Automatic Dismissal

Dated: <u>8/20/24</u>                    By the Court:

                                        Charles Novack
                                        United States Bankruptcy Judge